# United States District Court

EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| DONALD STRADLEY | § | |
| | § | |
| v. | § | Civil Action No. 4:18-CV-189 |
| | § | |
| WELLS FARGO BANK and BANK OF AMERICA, N.A. | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On January 8, 2019, the report of the Magistrate Judge (Dkt. #27) was entered containing proposed findings of fact and recommendations that Defendants' Motion to Dismiss Plaintiff's Amended Complaint (Dkt. #18) and Defendants' Motion for Summary Judgment (Dkt. #26) be **GRANTED**.

Having received the report of the Magistrate Judge, and no objections thereto having been timely filed, the court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the court.

It is, therefore, **ORDERED** that Defendants' Motion to Dismiss Plaintiff's Amended Complaint (Dkt. #18) and Motion for Summary Judgment (Dkt. #26) are **GRANTED** as set forth in the Report and each of Plaintiff's claims against Defendants are **DISMISSED WITH PREJUDICE**.

IT IS SO ORDERED.

**SIGNED this the 12th day of February, 2019.**

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE